```
JARED ANDREW NEISSER        *    IN THE U.S. DISTRICT COURT
      Plaintif              *         OF MARYLAND
                            *
      V.                    *    CASE NO.# ELH-19-888
                                           RDB-08-0888
WEXFORD HEALTH SERVICES INC.*
      Defendent             *
                            *         APR 1 8 2019
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL COMPLAINT

Name: MARNETTE VALCIN N.P.

Date: 8 / 21 / 2018

Name: BERNARD ALENDA N.P.

Date: 8 / 21 / 2018

Name: EVALIILE BOBGA R.N.

Date: 8 / 21 / 2018

The supporting facts to this claim has been submitted in with the original "1983 - complaint form". All supporting documents were submitted together with the original forms. All times, dates, and names are on the documents that were sent already. Enclosed just incase; there is another copy with highlighted areas containing the information you requested. If any other information is needed, feel free to contact me and I will send it A.S.A.P.

RESPECTFULLY SUBMITTED

JARED ANDREW NEISSER

## CERTIFICATE OF SERVICE

I hereby certify on the date of 4/12/19 that I JARED ANDREW NEISSER SENT A COPY of the attached SUPPLEMENTAL COMPLAINT TO THE FOLLOWING PARTIES:

U.S. DISTRICT COURT OF MARYLAND

Office of the Clerk

6500 Cherrywood Lane

Greenbelt, MD. 20770

RESPECTFULLY SUBMITTED

*[signature]*

JARED ANDREW NEISSER